IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| TBAG HOLDINGS, INC., | § | CASE NO. 21-30266 |
| DEBTOR | § | (CHAPTER 11) |

### DECLARATION OF J. CHRISTOPHER BAUGHMAN RELATED TO §1116

I, J. Christopher Baughman, pursuant to Section 1746 of Title 28 of the United States Code, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am the President and a shareholder, of TBAG Holdings, Inc., the Chapter 11 debtor and debtor-in-possession ("Debtor" or "TBAG"). My wife, Mary Lou Baughman, is the other 50% shareholder. I am familiar with the day-to-day operations, business, and financial affairs of the Debtor.

2. I have been informed that pursuant to §1116 of the Bankruptcy Code, in a small business Chapter 11 case, a Debtor is obligated to file with its petition a balance sheet, statement of operations, cash flow statement and most recent Federal Income Tax Return. Attached to this Declaration are the documents enumerated below to comply with §1116.

3. TBAG has not ever had audited financial statements prepared.

4. Attached are the following internally prepared documents:

   a. Balance Sheet as of December 31, 2021;
   b. Profit & Loss statement for January 1, 2020 through December 31, 2020.

5. Also attached is TBAG's 2019 Federal Income Tax Return.

6. TBAG has not ever had a cash flow statement prepared.

7. As internal documents or as a Federal Tax return, the attached documents were not intended to comply with GAAP.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 29, 2021

_____
J. Christopher Baughman, President